UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-543-03 (CRC) |
| | ) | |
| Loruhamah Yazdani-Isfehani, *defendant*. | ) | |

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the entry of appearance of Nathan I. Silver, Esq., attorney of record, appointed by this Court under the Criminal Justice Act, *nunc pro tunc* to the 1st day of March, 2022.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Brittan LaShaune Reed, Esq., DOJ-USAO (District of Louisiana), attorney of record for the government, via ECF this 16th day of March, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*