UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CR-543-CRC |
| | : | |
| **LORUHAMAH YAZDANI-ISFEHANI,** | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY SENTENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to defendant's Motion to Modify Sentence. (ECF No. 74).

Under 18 U.S.C. § 3563(b)(8), the court may provide that the defendant "refrain from possessing a firearm, destructive device, or other dangerous weapon." Removal of firearms and other dangerous weapons from a person under supervision serves the statutory sentencing purpose of public protection, 18 U.S.C § 3553(a)(2)(C), by allowing the probation officer to supervise the defendant without risk to safety caused by the possession of weapons.

Loruhamah Yazdani-Isfehani (hereinafter "Loru") should be prohibited from possessing a firearm outside of the presence of her home.  This Court has allowed Loru to possess a firearm inside of her residence for her safety.  The safety of the community and the risk of danger to the community should also be considered.  U.S. Probation will be supervising Loru at her home while she is on probation.  U.S. Probation has informed the government that it is concerned about the safety of its supervising officers if Loru is allowed to possess a firearm inside and outside of her

home. An exception to the general firearm restriction has been afforded to Loru for the reasons outlined in her sealed filing. Loru has not offered a sufficient basis as to why she should be an outlier amongst convicted individuals who otherwise would not be able to possess a firearm in public while being supervised. The government's concern for the safety of the public at large should be the prevailing concern.

Additionally, the firearm restriction does not conflict with Ohio State law. Loru is subject to the terms of probation imposed by this Court regardless of her place of supervision.

For the reasons stated, the Motion to Modify Sentence should be denied.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

        By: /s/ *Brittany L. Reed*
        BRITTANY L. REED
        Assistant United States Attorney
        Detailed to the District of Columbia
        LA Bar No. 31299
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Brittany.Reed2@usdoj.gov
        (504) 287-8410